IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BOZEMAN DEACONESS HEALTH SERVICES, INTERCITY RADIOLOGY, P.C., and DEACONESS INTERCITY IMAGING LLC dba ADVANCED MEDICAL IMAGING,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY, ACE AMERICAN INSURANCE COMPANY, and CHUBB SERVICES CORPORATION,<br><br>Defendants. | CV 19–87–M–DLC<br><br>ORDER |

Pursuant to the parties' Stipulation of Dismissal of All Claims with Prejudice (Doc. 26),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot.

DATED this 24th day of April, 2020.

Dana L. Christensen, District Judge
United States District Court